FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 03, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW SHEA, | No. 2:25-CV-00031-JAG |
| Plaintiff, | ORDER STAYING CASE |
| v. | **MOTION GRANTED** |
| SPOKANE, WASHINGTON, ZACK ZAPPONE, BETSY WILKERSON, KAREN STRATTON, and LORI KINNEAR, | **(ECF No. 26)** |
| Defendants. | |

Pending before the Court is Defendant's Motion to Stay.  ECF No. 26. Defendants request that the case be stayed for the pendency of the interlocutory appeal.  Plaintiffs have no objection to the stay.  ECF No. 27.

Accordingly, **IT IS ORDERED:**

1.    Defendant's Motion to Stay, **ECF No. 26**, is **GRANTED**.

2.    The case is **STAYED** until further order of the Court.  Defendants shall file a notice with this Court upon resolution of the appeal.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order and provide copies to counsel.

DATED February 3, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1